IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| ADRIAN ORTIZ, | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No. SAG-22-1396 |
| BALTIMORE POLICE DEPARTMENT, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 25th day of September, 2024, ORDERED that Defendant's Motion for Summary Judgment, ECF 40, will be GRANTED.

Judgment is entered in favor of Defendant. The Clerk is directed to CLOSE the case.

/s/
Stephanie A. Gallagher
United States District Judge